UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-05281 |
| Keinesha Cox | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**Order Dismissing Case With A Bar For 180 Days**

It Is Hereby Ordered:

The case is dismissed and the Debtor, Keinesha Cox is prohibited from filing any case under Title 11 for a period of 180 days from the date of this order.

Enter:

*[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  June 22, 2023

**Prepared by:**

Gerald Mylander
Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532